## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 260**

In the Matter of                                  Case Number:

BALLARD NURSING CENTER, INC.
    Plaintiff,

v.

ACCUBUILT, INC. and JOHN DOES 1-10,
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE ASHMAN**

ACCUBUILT, INC.

| | |
|---|---|
| NAME (Type or print) <br> Thomas P. Cimino, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas P. Cimino, Jr. | |
| FIRM <br> Vedder Price P.C. | |
| STREET ADDRESS <br> 222 North LaSalle Street | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06195940 | TELEPHONE NUMBER <br> (312) 609-7784 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT