IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BALLARD NURSING CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACCUBUILT, INC. and JOHN DOES 1-10, <br><br> Defendant. | No. 08 C 260 <br><br> Judge: Robert W. Gettleman |

### NOTICE OF MOTION

To:  Daniel A. Edelman
    Michelle R. Teggelaar
    Julie Clark
    Heather A. Kolbus
    Edelman, Combs, Latturner & Goodwin, LLC
    120 South LaSalle Street, 18th Floor
    Chicago, Illinois 60603

On January 17, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1703, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached Unopposed Motion for Enlargement of Time to File Responsive Pleading.

Dated: January 11, 2008                             ACCUBUILT, INC.


                                                    By:____s/ Thomas P. Cimino, Jr._____
                                                         One of Its Attorneys

Thomas P. Cimino, Jr.
Brian W. Ledebuhr
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500

CHICAGO/#1735690.1

## CERTIFICATE OF SERVICE

    The undersigned certifies that true and correct copies of the foregoing Notice of Motion and Unopposed Motion for Enlargement of Time to File Responsive Pleading were served on:

Daniel A. Edelman
Michelle R. Teggelaar
Julie Clark
Heather A. Kolbus
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603

by hand delivery on January 11, 2008.

                                                            s/ Thomas P. Cimino, Jr.