**EXHIBIT A**

FaxID: 26816390

SALES •(800) 837-8624 • FAX •(574)262-1392• Ext. 122


ACCUBUILT.

# ORDER NOW AND RECIEVE
# A FREE 5.4L ENGINE UPGRADE ON
# OUR 2006 FORD EXTENDED E-250 VAN

# $875.00
# COST SAVINGS!
### LIMITED SUPPLY!!

•EPA fuel economy ratings City 15/hwy 20•
Only a 1 mpg difference when compared to a
SMALLER LESS POWERFULL 4.6L V8!!

**Chassis Specs:**

- 5.4 Liter EFI V-8 engine

- Electronic 4-speed automatic transmission with overdrive

- Transmission cooler

- 110-amp alternator

- Heavy-duty springs and shocks

- 8,600 lbs. GVWR load capacity (3,700 lbs/front axle, 5,360 lbs/rear axle)

- Power-assisted steering with adjustable-tilt steering column

- Front-cabin air conditioner/heater control

- Tinted safety glass windows

- 35-gallon capacity fuel tank



ACCUBUILT.
*The Leading Manufacturer of Specialty Vehicles.*

Contact _____

## SALES •(800) 837-8624• Ext.122
## Please Use Promo Code: FAX

To be removed from our list immediately go to www.deletemyfaxnumber.com enter PIN# 13463 or call 877-284-7887. To be removed from our list within 30 days write your 10-digit fax number on this fax and fax this document back to 877-225-6262.