**EXHIBIT B**

**EXHIBIT B**



**ACCUBUILT.**
The Best Built Vans In The Industry



*We are scaring the competition with our "RAPID" delivery times and our Superior Quality!*

**BOO!!**



**\*Esimated Delivery Time 4-5 Weeks**



\* Call today to reserve manufacturing time to build your mobility van for "Rapid" delivery.

\*Act now and take advantage of our October in stock specials and 2006 rebate incentives while you can!

1-888-242-4782 ♦ FAX 419-222-4405

CONTACT YOUR SALES REPRESENTATIVE: MIKE MALCHOW ♦ (419) 236-2669

To be removed from our list immediately go to www.deletemyfaxnumber.com enter PIN# 13463 or call 877-284-7887. To be removed from our list within 30 days write your 10-digit fax number on this fax and fax this document back to 877-225-6262.