IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BALLARD NURSING CENTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 260 |
| | ) | |
| ACCUBUILT, INC., | ) | Judge Gettleman |
| and JOHN DOES 1-10, | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

**TO**:　Please see Certificate of Service.

　　　　**PLEASE TAKE NOTICE** that on February 7, 2008 at 9:15 a.m., we shall appear before Honorable Judge Robert W. Gettleman, in Courtroom 1703 of the United States District Court for the Northern District of Illinois, Chicago, Illinois, 60604, and then and there present: **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**, a copy of which is attached and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Julie Clark
　　　　　　　　　　　　　　　　　　　　　　　　Julie Clark

Daniel A. Edelman
Cathleen M. Combs
Tara Goodwin
Michelle R. Teggelaar
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Atty. No. 41106

**CERTIFICATE OF SERVICE**

        I, Julie Clark, certify that on February 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

tcimino@vedderprice.com

bhahn@vedderprice.com

bledebuhr@vedderprice.com

        /s/Julie Clark
        Julie Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie Clark
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)