# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 260 | **DATE** | 2/5/2008 |
| **CASE TITLE** | Ballard Nursing Center   vs   Accubuilt, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion [16] for leave to file amended complaint is granted.

[Docketing to mail notices]

00:04

| | Courtroom Deputy Initials: | GDS |
|---|---|---|