IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BALLARD NURSING CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACCUBUILT, INC. and JOHN DOES 1-10, <br><br> Defendant. | No. 08 C 260 <br><br> Judge: Robert W. Gettleman |

### NOTICE OF FILING

To: Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
Edelman, Combs, Latturner & Goodwin
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603

　　PLEASE TAKE NOTICE that on March 4, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached ACCUBUILT, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT, a true and correct copy of which is herewith served upon you.

Dated: March 4, 2008

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ACCUBUILT, INC.

　　　　　　　　　　　　　　　　　　　　　By:＿＿s/ Thomas P. Cimino, Jr.＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Thomas P. Cimino, Jr.
Brian W. Ledebuhr
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500
Firm ID No. 90839

CHICAGO/#1754018.1

## CERTIFICATE OF SERVICE

    The undersigned certifies that true and correct copies of the foregoing ACCUBUILT, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT were served on

    Daniel A. Edelman
    Cathleen M. Combs
    James O. Latturner
    Dulijaza Clark
    Edelman, Combs, Latturner &
    Goodwin
    120 South LaSalle Street, 18th Floor
    Chicago, Illinois 60603

by electronic delivery through the CM/ECF system by 5:00 p.m. on March 4, 2008.

                                                            s/ Thomas P. Cimino, Jr.