## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Ballard Nursing Center, Inc.
                         Plaintiff,

v.                                               Case No.: 1:08−cv−00260
                                              Honorable Robert W. Gettleman

Accubuilt, Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Robert W. Gettleman: This case is in the process of being reassigned to the calendar of Magistrate Judge Martin Ashman. The status hearing date of 3/7/2008 before Judge Gettleman is stricken. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.