UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ballard Nursing Center, Inc.
                              Plaintiff,

v.                                                      Case No.: 1:08−cv−00260
                                                        Honorable Martin C. Ashman

Accubuilt, Inc., et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

    MINUTE entry before Judge Honorable Martin C. Ashman: Status hearing held on 4/17/2008; and continued to 6/12/2008 at 10:00 AM. All fact discovery ordered closed by 12/22/2008. Plaintiff's designation of trial experts (if any) by 1/31/2009. Defendants' designation of trial experts (if any) by 3/2/2009. Depositions of experts shall be completed by 3/31/2009. Any motions for class certification to be filed by 4/30/2009. Any dispositive motions due by 5/15/2009. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.