## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BALLARD NURSING CENTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 260 |
| | ) | |
| ACCUBUILT, INC., | ) | Judge Gettleman |
| and JOHN DOES 1-10, | ) | |
| | ) | Magistrate Judge Ashman |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S LOCAL RULE 3.2 STATEMENT

Plaintiff, Ballard Nursing Center, Inc., is a privately held entity. It does not have any publicly held affiliates.

                                                                         Respectfully submitted,

                                                                         /s/Julie Clark
                                                                         Julie Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Julie Clark, certify that on July 22, 2008, I caused a true and accurate copy of this notice and the document referenced therein to be served via the CM/ECF system and served electronically upon the following parties:


Thomas P. Cimino, Jr., Esq
tcimino@vedderprice.com

Brian W. Ledebuhr, Esq.
bledebuhr@vedderprice.com


                                          /s/Julie Clark
                                          Julie Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie Clark
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)