**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| INSPE ASSOCIATES, LTD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 837 |
| v. | ) | |
| | ) | Judge Kendall |
| CSL BIOTHERAPIES, INC., | ) | |
| and JOHN DOES 1-10, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S LOCAL RULE 3.2 STATEMENT**

Plaintiff, INSPE Associates, Ltd., is a privately held entity. It does not have any publicly held affiliates.


       /s/ Julie Clark
       Julie Clark

Daniel A. Edelman
Cathleen M. Combs
Tara Goodwin
Michelle R. Teggelaar
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Atty. No. 41106

## CERTIFICATE OF SERVICE

       I, Julie Clark, certify that on July 22, 2008, I caused a true and accurate copy of this notice and the document referenced therein to be served via the CM/ECF system and served electronically upon the following parties:

David M. Schultz
dschultz@hinshawlaw.com

James C. Vlahakis
 jvlahakis@hinshawlaw.com

*via facsimile and U.S. Mail:*

Burt M. Rublin
Robert R. Baron
Ballard Spahr Andrews & Ingersoll
1735 Market St., 51st Floor
Philadelphia, PA 19103-7599
 215.864.8999 (fax)

                                                  /s/ Julie Clark
                                                 Julie Clark