IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BALLARD NURSING CENTER, INC., | |
| Plaintiff, | |
| v. | No.  08 C 260 |
| ACCUBUILT, INC. and JOHN DOES 1-10, | Judge Robert W.  Gettleman |
| Defendants. | Magistrate Judge Ashman |

## ACCUBUILT, INC.'S LOCAL RULE 3.2 AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2, Defendant Accubuilt, Inc. ("Accubuilt") makes the following affiliates disclosure statement:

1.    The following entities have a direct or indirect ownership interest in Accubuilt:

(a)    Paladin Capital Partners Fund

(b)    Paladin Capital Partners Co-Inv

(c)    Hancock Mezzanine Partners III

(d)    John Hancock Life Insurance Co.

(e)    Allstate Life Insurance Co.

Respectfully submitted,

ACCUBUILT, INC.


By: s/    Brian W. Ledebuhr
One of Its Attorneys

Thomas P. Cimino, Jr., Bar No. 06195940
Brian W. Ledebuhr, Bar No. 06294417
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Dated: July 30, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused copies of the foregoing ACCUBUILT, INC.'S

LOCAL RULE 3.2 AFFILIATES DISCLOSURE STATEMENT to be served upon:

> Daniel A. Edelman
> Cathleen M. Combs
> James O. Latturner
> Julie Clark
> EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
> 120 South LaSalle Street, 18th Floor
> Chicago, Illinois  60603

by electronic delivery via the CM/ECF system on July 30, 2008.


___ s/ Brian W. Ledebuhr _____